GREGORY F. DYER, SBN 114486
STEVEN A. SCORDALAKIS, SBN 293212
**JONES & DYER**
A Professional Corporation
1800 J Street
Sacramento, CA 95811
Telephone: 916-552-5959
Facsimile:  916-442-5959

Attorneys for Plaintiff
Kristine Cloud as Trustee
of the Dorothy I. Gavle Revocable Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE CLOUD AS TRUSTEE OF THE DOROTHY I. GAVLE REVOCABLE TRUST,<br><br>        Plaintiff,<br><br>    vs.<br><br>DARYL VAN NESS, ROUND PRAIRIE LUTHERAN CHURCH and DOES 1-100,<br><br>        Defendants. | Case No. 2:14-cv-02308-TLN-AC<br><br>STIPULATION AND ORDER TO CONTINUE DUE DATE OF JOINT STATUS REPORT |

Plaintiff Kristine Cloud, as trustee of the Dorothy I. Gavle Revocable Trust, defendant Daryl Van Ness and specially appearing defendant Round Prairie Lutheran Church (the "Church"), by and through their counsel, hereby stipulate and agree as follows:

1. Plaintiff filed the instant action on October 2, 2014;

2. On October 3, 2014, the Court issued its Order Requiring Joint Status Report ("Order""). Pursuant to the Order, a Joint Status Report is currently due on or before Friday, December 12, 2014;

3. On November 21, 2014, the Church filed a motion to dismiss the complaint against it pursuant to Federal Rule of Civil Procedure 12(b)(2) on the basis of lack of personal jurisdiction and Federal Rule of Civil Procedure 12(b)(3) on the basis of

STIPULATION AND ORDER TO CONTINUE DUE DATE OF JOINT STATUS REPORT

improper venue (the "Motion");

4. The Church does not submit, and is not submitting, to the jurisdiction of this Court through signing this stipulation and is only specially appearing to continue the due date of the Joint Status Report so as to avoid irreparable harm in having to litigate this action. This stipulation shall not be construed as a waiver of the Church's right to contest personal jurisdiction or a waiver of the Motion itself;

5. The Motion is set for hearing on January 29, 2015;

6. All parties agree that the requested continuance of the due date of the Joint Status Report will not result in prejudice to any party to this action; and

7. That the Court, therefore, continue the due date for filing the Joint Status Report until 30 days after issuance of the Court's ruling on the Motion.

NOW THEREFORE, the parties stipulate that the due date for the Joint Status Report be continued to 30 days after issuance of the Court's ruling on the Motion.

IT IS SO STIPULATED.

DATED: December 9, 2014                JONES & DYER

                                       By:  /s/ Steven A. Scordalakis
                                            GREGORY F. DYER
                                            STEVEN A. SCORDALAKIS
                                            Attorneys for Plaintiff
                                            Kristine Cloud as Trustee of the
                                            Dorothy I. Gavle Revocable Trust

DATED: December _9, 2014               NORMAN ROOS LLP

                                       By:  /s/ Jan M. Roos_____
                                            JAN M. ROOS
                                            Attorney for Defendant Daryl Van Ness

1  DATED:  December _9, 2014                    WEINTRAUB TOBIN CHEDIAK
                                                COLEMAN GRODIN law corporation
2

3

4                                               BY:/s/ Shauna N. Correia
                                                    EDWARD J. COREY
5                                                   SHAUNA N. CORREIA
                                                    Attorneys for Specially Appearing
6                                                   Defendant Round Prairie Lutheran
                                                    Church
7

8
                                    **ORDER**
9
        **IT IS SO ORDERED**.
10

11  Dated:  December 11, 2014

12

13

14       Troy L. Nunley
         United States District Judge
15