GREGORY F. DYER, SBN 114486
KRISTEN K. PRESTON, SBN 125455
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, CA 95811
Telephone: 916-552-5959
Facsimile: 916-442-5959

Attorneys for Plaintiff
Kristine Cloud as Trustee
of the Dorothy I. Gavle Revocable Trust


WESLEY C.J. EHLERS, SBN 181537
EHLERS LAW CORPORATION
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816
Telephone: 916-442-0300
Facsimile: 916-650-1039

Attorneys for Defendant Daryl Van Ness

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE CLOUD AS TRUSTEE OF THE DOROTHY I. GAVLE REVOCABLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>DARYL VAN NESS, ROUND PRAIRIE LUTHERAN CHURCH and DOES 1-100,<br><br>Defendants. | Case No. 2:14-CV-02308-TLN-AC<br><br>NOTICE OF MOTION AND STIPULATION FOR ORDER TO VACATE SETTLEMENT CONFERENCE<br><br>Date: March 16, 2017<br>Time: 9:00 a.m.<br>Courtroom: 26<br><br>Magistrate Judge Allison Claire<br><br>Trial Date: 10/30/2017 |

COMES NOW, Plaintiff Kristine Cloud as Trustee of the Dorothy I. Gavle Revocable Trust and Defendant Daryl Van Ness, by and through their respective counsel, and hereby submit by stipulation a Motion for Order to vacate this Court's order to appear at Settlement Conference on March 16, 2017 (ECF. No. 39), as follows:

1

NOTICE OF MOTION AND STIPULATION TO VACATE ORDER FOR SETTLEMENT CONFERENCE

1  (1) Farmers & Merchant Bank, a defendant in a related state court action filed by plaintiff in Sacramento County Superior Court (Case No. 34-2014-00162133 currently on appeal before the Third District Court of Appeal Case No. C077303) had through its counsel of record Lauren Wroblewski of Morrison and Foerster agreed to participate in the settlement conference before Magistrate Judge Claire. In reliance on this representation, the parties to this action submitted a stipulation requesting an order scheduling a settlement conference with Magistrate Judge Allison Claire. (ECF 33.)

(2) Subsequent to this Court's order scheduling the requested settlement conference for March 16, 2017, counsel for Farmer's & Merchant Bank notified plaintiff that Farmer's & Merchant Bank and/or its counsel are unavailable to appear on the date and time scheduled for the conference.

(3) Counsel for Farmers & Merchant Bank has now requested that the parties participate in private mediation.

(4) The parties anticipate that the parties will pursue private mediation in May 2017.

(5) The parties were informed by the Court that, in the event the matter does not settle at private mediation, a settlement conference before Magistrate Judge Claire may be scheduled September 28, October 5, or October 12, 2017.

/ / /

/ / /

/ / /

2

NOTICE OF MOTION AND STIPULATION TO VACATE ORDER FOR SETTLEMENT CONFERENCE

THERFORE, THE PARTIES, by and through their counsel of record, that good cause therefore request that the Court issue an order vacating this Court's order to appear at Settlement Conference on March 16, 2017 (ECF. No. 39).

DATED: March 13, 2017                    JONES & DYER

By: ___*/s/ Gregory F. Dyer*___
GREGORY F. DYER
KRISTEN K. PRESTON
Attorneys for Plaintiff
Kristine Cloud as Trustee of the
Dorothy I. Gavle Revocable Trust

DATED: March 13, 2017                    EHLERS LAW CORPORATION

By: ___*/s/ Wesley C. J. Ehlers*___
WESLEY C.J. EHLERS
Attorneys Defendant
Daryl Van Ness

1   On the stipulation of the parties, and good cause appearing therefore,

2   IT IS HEREBY ORDERED that the Court's Order scheduling a settlement conference in this

3   matter for March 16, 2017 be and hereby is VACATED.

4   DATED: March 14, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

NOTICE OF MOTION AND STIPULATION TO VACATE ORDER FOR SETTLEMENT CONFERENCE